```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

        CIVIL ACTION

   v.        NO. 1:10-CR-6-CAP-JFK-5

LEIAH WATSON,

     Defendant.

**O R D E R**

This matter is before the court on the report and recommendation of the magistrate judge [Doc. No. 221] recommending that Watson's motion for severance [Doc. No. 181] be denied. After carefully considering the entire record and the report and recommendation of the magistrate judge [Doc. No. 221], and since no objections have been filed thereto, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this <u>21st</u> day of April, 2011.

                <u>/s/ Charles A. Pannell, Jr.</u>
                CHARLES A. PANNELL JR.
                United States District Judge